## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAP SE,

      Plaintiff,

   v.

CELONIS SE and CELONIS, INC.,

     Defendants.

C.A. No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff SAP SE ("SAP"), bring this action against Defendants Celonis SE and Celonis, Inc., ("Celonis").

## NATURE OF ACTION

This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*., seeking damages and injunctive and other relief under 35 U.S.C. §§ 281, 283, 284, 285 *et seq*. In particular, this is an action for patent infringement against Celonis for infringement of U.S. Patent Nos. 9,697,254 (the "'254 Patent"), 8,996,492 (the "'492 Patent"), 11,120,034 (the "'034 Patent") and 11,514,007 (the "'007 Patent"), collectively, the "Asserted SAP Patents."

SAP has for decades been an innovator in development and improvement of the software that powers modern businesses and institutions around the world. SAP's innovations since its founding in 1972 have resulted in hundreds of patents that relate to all aspects of Enterprise Resource Planning ("ERP") software and associated technologies that help SAP's customers improve every day. The patents asserted in this case reflect SAP's innovation leadership.

## THE PARTIES

1.      SAP SE is a European company. Its principal place of business is located at Dietmar-Hopp-Allee 16, Walldorf, Germany, 69190.

2.      Celonis SE is based in Germany with its principal place of business located at Theresienstr 6, Munich, Germany 80333.

3.      Celonis, Inc., a wholly owned U.S. entity of Celonis SE, is a Delaware corporation, and maintains offices across the United States, with its U.S. headquarters located at One World Trade Center, 70th Floor, New York, NY 10007.

4.      On the website www.celonis.com/faqs, Celonis states that it is "a privately held company headquartered in Munich and New York, with 20+ offices and 3,000+ employees worldwide." *What is Celonis?*, Celonis: Frequently Asked Questions, https://www.celonis.com/faqs (last visited Sep. 29, 2025). Celonis also states that it maintains offices in the United States in Raleigh, North Carolina, Redwood City, California, and Los Angeles, California. *Get in touch with Celonis*, Celonis: Careers, Contact Us, https://www.celonis.com/company/contact-us?active-tab=tab-0 (last visited Sep. 29, 2025).

5.      Upon information and belief, Celonis, Inc., resides in this District as it is incorporated in Delaware.

6.      Upon information and belief, Celonis SE and/or its employees or officers direct and/or control the actions of its direct and indirect subsidiaries, including Celonis, Inc. On information and belief, Celonis SE and/or its employees or officers direct and/or control the actions of these entities, by, for example, inducing and contributing to the actions complained of herein.

## JURISDICTION AND VENUE

7.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*. This Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court has general and specific personal jurisdiction over Celonis, Inc., because it resides in this District. This Court has general and specific personal jurisdiction over Celonis SE because, upon information and belief, directly or through intermediaries, Celonis SE has committed acts within this District giving rise to this action, is present in and transacts and conducts business, directly and/or indirectly, in this District and the State of Delaware, and transacts business with residents of this District and the State of Delaware and the United States, generally.

9.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

10.      Defendants are doing business, either directly or through respective agents, on an ongoing basis in this District and elsewhere in the United States, and, on information and belief, have committed acts of infringement in this District.  On information and belief, each Defendant makes, uses, sells, offers to sell, or imports software, or products containing such software, that infringes (or contributes to or induces infringement) into and/or within this District, maintains a permanent and/or continuing presence within this District, and has the requisite minimum contacts with this District such that this venue is a fair and reasonable one. Upon information and belief, each Defendant has transacted and, at the time of the filing of the Complaint, is continuing to transact business within this District, either directly or through intermediaries.

11.      Venue is further proper in this District over Celonis SE because it is a foreign corporation.

## FACTUAL BACKGROUND

12.     SAP makes a variety of software, including ERP systems. SAP is a recognized innovator in ERP software, robustly competing with several other large and small companies.

13.     ERP software helps organizations maintain their data and processes as well as enables companies to access that information to make data-informed decisions. SAP's legacy ERP software, called "ECC," was released in the 1990s and will be supported through 2030. In 2015, SAP launched a new ERP software called S/4HANA.

14.     Upon information and belief, Celonis makes process mining software that it sells to SAP customers, among other entities. Process mining software enables companies to analyze log data from their information systems (such as an ERP system) to discover, validate, and improve business processes. Process mining "joins ideas of process modeling and analysis on the one hand and data mining and machine learning on the other." *TFPM* (Aug. 26, 2025), https://www.tf-pm.org/ (last visited Sep. 29, 2025).

15.     Process mining is one of several techniques that enables companies that use ERP systems to make the most of their data. SAP has long innovated in these fields, with the goal of providing value to its customers for not only tracking and reporting complex data; but also providing data visualization and business intelligence tools to ensure that ERP software users can use their data to improve their underlying businesses and processes.

16.     SAP's innovation has been recognized in all aspects of Enterprise Resource Planning, including without limitation storing data, extracting data, processing data, and presenting data, as well as data visualization and business intelligence tools. These innovations overlap with aspects of process mining software. SAP's innovation in these areas has resulted in its being granted numerous patents.

4

17.    U.S. Patent No. 9,697,254, which was filed on February 27, 2015, claiming priority to a patent application filed on December 13, 2012, and is entitled "Graph Traversal Operator Inside a Column Store" issued on July 4, 2017. A copy of the '254 Patent is attached as Ex. A.

18.    U.S. Patent No. 8,996,492, which was filed on December 13, 2012, and is entitled "Graph Traversal Operator Inside a Column Store" issued on March 31, 2015. A copy of the '492 Patent is attached as Ex. B.

19.    U.S. Patent No. 11,120,034, which was filed on November 13, 2018, and is entitled "Automatic Routing of Connection Requests in Business Intelligence (BI) Tools," issued to SAP SE on September 14, 2021. A copy of the '034 Patent is attached as Ex. C.

20.    U.S. Patent No. 11,514,007, which was filed on June 24, 2021, and is entitled "Dynamic Data Processing For a Semantic Data Storage Architecture," issued on November 29, 2022. A copy of the '007 Patent is attached as Ex. D.

21.    Collectively, the '254, '492, '034, and '007 Patents are referred to as "the Asserted SAP Patents."

22.    Each of the Asserted SAP Patents is valid and enforceable.

23.    SAP SE owns all rights and title to the Asserted SAP Patents, including the right to seek damages for any infringement thereof.

24.    In 2016, Celonis and SAP entered a business relationship, under which SAP would resell Celonis' process mining software to SAP customers. In 2021, that business relationship was terminated by Celonis after SAP purchased Signavio—another process mining software supplier.

25.    During the parties' relationship, on information and belief, Celonis acquired a deep technical understanding of SAP's sophisticated database architecture, data extraction techniques, and techniques for mining data to derive business insights, including process improvements. On

information and belief, Celonis is and has been long aware that SAP pursues patent protection in the United States for SAP inventions.

**THE '254 PATENT**

26.    The '254 Patent claims and describes a novel method of implementing a graph traversal operator.

27.    The '254 Patent's asserted claims recite specific data structures, including a column-oriented edge table within a memory-centric database, coupled with a non-generic combination of particular actions including recursive edge scanning traversal, predicate-based scan reduction, directionality-based filtering, and columnar representation. The patent explains technical benefits of the claimed invention over conventional techniques, including reducing latency and resource usage and improving performance when traversing a data graph and retrieving data from memory-centric databases. These improvements are achieved, in part, by using a path predicate in conjunction with a column-oriented edge table and reducing a scan range during traversing, which enhances performance relative to traditional row-based or unfiltered graph traversals. *See*, *e.g.*, Ex. A at 3:4-5:4.

28.    As one example of a technical benefit explained in the patent's specification: "The knowledge of edge ordering and a physical topology of the columns allows refining and restricting column scans to certain areas of the graph. When scans are restricted to certain areas of the graph, more scans can be performed in parallel on multi-core processors, where each scan is restricted to a particular range in the column." Ex. A at 9:65–10:3. Another example in the patent's specification states: "A path level optimization reorganizes the layout of the data graph that preserves the graph topology. The reorganized data graph is optimized for efficient traversals of large graphs." Ex. A at 9:52-55. This patent's invention makes the computer system incorporating

6

the claimed invention a better-operating computer system, enabling it to perform recursive graph traversals with improved efficiency and reduced computational cost.

**THE '492 PATENT**

29.    The '492 Patent claims and describes a novel method of implementing a graph traversal operator.

30.    The '492 Patent's asserted claims recite specific data structures, including a column-oriented edge table, coupled with an unconventional combination of particular actions including recursive edge traversal, predicate-based scan reduction, directionality-based filtering, and columnar representation. The patent explains some of the technical benefits of the claimed invention over other techniques, including improving cache efficiency, reducing memory bandwidth consumption, enabling parallel execution across cores, and reducing latency and resource usage and improving performance when traversing a data graph and retrieving data from a cache memory, all of which are technical improvements over prior row-based or unfiltered graph traversals. These improvements are achieved, in part, by traversing an edge table in a data graph that is stored in a column-oriented table in a cache memory, which enhances performance relative to traditional row-based or un-cached graph traversal. *See*, *e.g.*, Ex. B at 2:63-4:60.

31.    As one example of a technical benefit explained in the patent's specification: "The knowledge of edge ordering and a physical topology of the columns allows refining and restricting column scans to certain areas of the graph. When scans are restricted to certain areas of the graph, more scans can be performed in parallel on multi-core processors, where each scan is restricted to a particular range in the column." Ex. B at 9:47–52. Another example in the patent's specification states: "A path level optimization reorganizes the layout of the data graph that preserves the graph topology. The reorganized data graph is optimized for efficient traversals of large graphs." Ex. B

at 9:35-37. This patent's invention makes the computer system incorporating the claimed invention a better-operating computer system, enabling it to perform recursive graph traversals with improved efficiency and reduced computational cost.

## THE '034 PATENT

32.     The '034 Patent claims and describes a novel method of centrally managing data for access by a business intelligence system.

33.     The '034 Patent's asserted claims recite a particular computer-implemented architecture and configuration combined with particular actions, including automatically connecting a BI tool to a connection server integrated with a BI platform using a middleware architecture and features of the BI platform and retrieving database coupling components (e.g., drivers) from the platform, representing a specific improvement in the way BI tools connect to heterogeneous data sources, mitigating prior problems including thick-client complexity, duplicated drivers, and inconsistent versions. *See*, *e.g.*, Ex. C at 1:57-4:22.

34.     The '034 Patent describes some of the technical shortcomings of some conventional techniques (e.g., Ex. C at 2:7–3:23) and some of the technical benefits of the claimed inventions (e.g., Ex. C at 3:28–4:22). These technical benefits include reducing the installation size of BI tools (and thus storage utilization) by avoiding bundling database drivers and connection server logic in each client, improving driver consistency and simplifying maintenance compared to conventional techniques, improving security by eliminating driver duplication and minimizing human handling, and enabling dynamic, centralized management of available drivers.

35.     The disclosed and claimed architecture of the '034 Patent offers a flexible architecture for business intelligence systems, leveraging a middleware layer that can be language, operating system, and technology-independent. This design enables interoperability in a

heterogeneous environment, supports interface stability amid schema changes, and allows tuning specific features. The architecture is easily maintained in the face of evolving underlying technologies, reducing the burden of client-side complexity and providing enhanced security.

## THE '007 PATENT

36.    The '007 Patent claims and describes a novel method of storing and maintaining both raw and curated data.

37.    Claim 8 of the '007 Patent recites a specific, structured, and technologically grounded method involving particular actions applied to defined data and storage structures. For example, the steps of "storing the first set of data in a raw storage portion" and "storing the first portion of data in a curated storage portion" utilize a dual-storage architecture disclosed in the specification (Ex. D at 1:33-55), comprising both raw and curated zones within a semantic data store. This design supports flexible, dynamic data processing pipelines and provides a technical improvement over the rigidity of conventional systems that rely on static, predefined schemas for data ingestion.

38.    The claimed method enables a number of additional technical improvements, including more adaptive handling of heterogeneous data, improved data retrieval performance, and real-time processing of event-based data inputs. These improvements reduce reliance on manual transformation techniques and offer a more scalable architecture for semantic enrichment.

39.    Claim 8 recites a particular ordered sequence of actions, including "updating a semantic index." Ex. D at 13:57. As described in the specification, this operation dynamically adjusts index structures in response to newly identified semantic entities, enhancing data organization and query functionality. The full sequence—receiving event-based data, storing it in raw form, updating a semantic index, modifying the data schema, and storing the result in curated

form—implements a real-time, semantically enriched processing pipeline. For example, maintaining both raw and curated storage enables system resilience and performance: raw data can be retained for audit or reprocessing, while curated data supports enriched analytics and low-latency access.

**CLAIM FOR RELIEF – COUNT I**
**<u>Infringement Of The '254 Patent</u>**

40.     SAP realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

41.     All conditions precedent to this Count have occurred or been performed.

42.     The Defendants have been and are now directly infringing, contributing to infringement, and/or inducing others to infringe, the '254 Patent in this District and elsewhere in violation of 35 U.S.C. § 271 at least by making, using, selling, offering to sell, and/or importing into the United States software, or products or components containing such software, that practices or is used in the practice of one or more claims of the '254 Patent, including, at least, using the Celonis PQL Engine of the Celonis Platform to utilize the Object Link feature and its LINK PATH operator (hereinafter, "Celonis Object Link,") or other components of the Celonis Platform that have the same infringing structure and/or functionality as recited in the claims of the '254 Patent, including releases thereof dating from no later than October 2023.

43.     On information and belief, "Object Link is a framework to model and analyze flows between object instances as a graph. By explicitly modeling the relationships between object instances, Object Link does not require the presence of traditional cases or events. These explicit relationships are provided as dedicated mapping tables which build a graph or network. One example is the bill of materials[,] which is modeled as a recursively, self-referencing table by most

10

source systems and not via several object tables that reference each other. The Object Link graph can be accessed, traversed and analyzed via the Object Link operators . . . ." Ex. E at 1.

44.     On information and belief, using the Object Link feature achieves improved graph transversal by "connect[ing] rows belonging to specified tables, resulting in a virtual graph structure. Each row is represented by an object in the graph. The graph structure is represented by an edge table of directed links between rows from the tables. These links can be defined via dedicated mapping tables, in which each row correspond to one link." *LINK_FILTER*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_filter.html (last visited Sep. 29, 2025).

45.     On information and belief, the Defendants infringe the '254 Patent by providing demonstrations, testing and other uses of the Celonis Object Link. The Defendants have committed infringing acts without the permission, consent, authorization, or license of SAP.

46.     The Defendants' infringement is literal or under the doctrine of equivalents, or both.

47.     On information and belief, the Defendants, in addition to their own direct infringement, are currently actively inducing and encouraging infringement of the '254 Patent, and, unless enjoined, will continue to actively induce and encourage infringement of the '254 Patent. The Defendants have known of the '254 Patent at least since the service of the present Complaint. Unless Defendants immediately remove the Accused Features from the Celonis Object Link, Defendants actively encourage others to infringe the '254 Patent, and knowingly induce infringement by others, including resellers, retailers, and end users of the Celonis Object Link.

48.     The Defendants also contribute to infringement of the '254 Patent by offering to sell or selling within the United States or importing into the United States software, or products or components containing such software, which include the Celonis Object Link, the non-staple

constituent parts of such software or products, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '254 Patent, and components of such software, or products, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '254 Patent. Unless Defendants immediately remove the Accused Features from the Celonis Object Link upon receipt of the present Complaint, on information and belief, the Defendants know such software or products containing such software to be especially made or especially adapted for use in the infringement of the '254 Patent. Specifically, on information and belief, the Defendants sell such software, or products containing such software, to resellers, retailers, and end users with knowledge that such software or p products containing such software is used by end users to directly infringe the '254 Patent.

49.    For example, use of the Celonis Object Link infringes at least claim 1 of the '254 Patent. For example, use of the Celonis Object Link to analyze graph data infringes at least claim 1 of the '254 Patent.

50.    Celonis used the claimed methods of the '254 Patent without permission from SAP.

51.    Claim 1 of the '254 Patent reads as follows (claim enumeration added):

| Claim 1 | |
|---|---|
| [1p] | A computer-implemented method for improved graph traversal in a memory-centric database, comprising: |
| [1a] | receiving, by at least one processor, an input parameter, wherein the input parameter includes a set of path step descriptions; |
| [1b] | recursively traversing an edge table for a data graph, |
| [1b1] | wherein the edge table is a column oriented table in the memory-centric database, and the traversing identifies a set of traversed vertices and further comprises: |
| [1b2] | selecting a path step description from the set of path step descriptions; |
| [1b3] | extracting a path predicate from the selected path step description; |

| [1b4] | evaluating the extracted path predicate against the edge table, wherein the evaluation generates a set of valid edges, and the set of valid edges reduces a scan range during traversing; |
|---|---|
| [1b5] | determining a direction for scanning the set of valid edges based on the selected path step description; and |
| [1b6] | generating the set of traversed vertices by scanning the set of valid edges using the determined direction; and |
| [1c] | returning the set of traversed vertices, |
| [1c1] | wherein the set of traversed vertices are a set of vertices visited during the traversing. |

52.     Celonis includes Object Link within the Celonis "PQL Function Library." *See Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025). "The Process Query Language (PQL) is a domain-specific query language developed by Celonis for process mining. It allows you to translate your process-related questions into executable queries, which are then run on a custom-built query engine within Celonis Platform." Ex. F (PQL – Process Query Language Publication). "Celonis PQL Engine is an analytical column-store main memory database system. It evaluates Celonis PQL queries over a defined data model." Thomas Vogelgesang et al., *Celonis PQL: A Query Language for Process Mining*, *in* Process Querying Methods 377, 382 (Artem Polyvyanyy ed., 2022). "Like most state-of-the-art database systems, the Celonis PQL implementation is a main memory database. This means that it uses main memory as primary storage instead of the disk in order to avoid slow disk access." *Id*. at 403. As such, on information and belief, the Object Link computer-implemented method is used in a memory-centric database.

53.     Celonis encourages users to use Object Link, including use of the claimed methods. Celonis expressly promotes the use of Object Link in its documentation. For example, Celonis instructs its customers that "Object Link is a framework to model and analyze flows between object

instances as a graph." Ex. E at 1. Celonis claims that "[t]he **Object Link graph can be** accessed, **traversed** and analyzed via the Object Link operators listed below," including LINK_PATH, which "creates an activity table containing a case for **each traversed path in the Object Link graph**." *Id.* (emphases added).

54.     Likewise, Celonis provides training to users through the "Celonis Academy" to use Object Link. For example, one training takes the user through the steps of "Set[ting] Up Object Link in Data Integration." *Set Up Object Link in Data Integration*, Celonis Academy: Catalog, Online Courses, https://academy.celonis.com/courses/set-up-object-link-in-data (last visited Sep. 29, 2025). Celonis Academy also offers a 60-minute training on how to "Visualize objects and their relationships through Object Link." *Set up a Network Explorer in a View*, Celonis Academy: Catalog, Online Courses, https://academy.celonis.com/courses/set-up-a-network-explorer-in-a-view (last visited Sep. 29, 2025).

55.     Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "receiving, by at least one processor, an input parameter, wherein the input parameter includes a set of path step descriptions." Ex. A at 13:18-20.

56.     On information and belief, using the Celonis Platform and Object Link requires the use of at least one processor. In the context of describing LINK_PATH, Celonis warns users that "this operator may require excessive CPU time," confirming the use of at least one processor. Ex. G at 1.

57.     Celonis instructs users to use the PQL Engine to receive input parameters of the LINK_PATH operator that is executed by the PQL Engine. Specifically, one way to receive input

14

parameters is through use of syntax, which Celonis provides, in easy to "copy to clipboard" format, to customers:

**Syntax**

the table row limit:

Advanced Examples

See also:

```
LINK_PATH ( input_table.column [, direction ] [, CONSTRAINED BY ( [
START ( start_objects_expression ) ] [, END ( end_objects_expression
) ] [, LENGTH ( comparison ) ] [, ALL ( all_objects_expression ) ]
[, WITH/WITHOUT CYCLES] ) ] )
```

Copy to clipboard

*LINK_PATH*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_path.html (last visited Sep. 29, 2025). An input parameter can include the input_table.column, direction, CONSTRAINED BY, etc. as shown. For example, LINK_PATH "acquires object attributes from the specified input_table.column." *Id*.

58.    The input parameters include a set of path step descriptions in, at least, a direction argument, the "CONSTRAINED BY" clause, the "START," "END," "LENGTH," "ALL," "WITH/WITHOUT CYCLES" arguments, and/or portions thereof. As described by Celonis, "direction specifies the traversal direction." *Id.* Similarly, "[p]arameters within the CONSTRAINED BY clause are called constraints and control the traversal performed by LINK_PATH." *Id*. at 2.

59.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "recursively traversing an edge table for a data graph." Ex. A at 13:21.

60.    Upon information and belief, the PQL Engine will recursively traverse the edge table for a data graph. As explained by Celonis: "These explicit relationships are provided as dedicated mapping tables which build a graph or network. One example is the bill of materials

which is modeled as a recursively, self-referencing table by most source systems and not via several object tables that reference each other." Ex. E at 1.

61.    Celonis also provides, "The Object Link graph can be accessed, traversed and analyzed via the Object Link operators listed below." *Id.* "LINK_FILTER enables object-based recursive filtering on the Object Link graph." *LINK_FILTER*, *supra* ¶ 44.

62.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 wherein clause, "wherein the edge table is a column oriented table in the memory-centric database, and the traversing identifies a set of traversed vertices and further comprises." Ex. A at 13:21-24.

63.    Upon information and belief, in the normal course of using Object Link in the PQL Engine, the data will be in a table in Celonis's memory-centric database. Celonis highlights examples of such tables in its documentation, as shown in the image below.



Ex. E at 3. In addition, the documentation is clear that "[t]hese relationships are explicitly defined as links in one or more separate tables called mapping tables, in which each row represents one

link. Mapping tables must contain columns with identifiers for the rows of the tables that we want to connect, at least one for the outgoing part of a link and one for the incoming part of a link. In addition, the tables that shall be linked must also contain a column with these identifiers. All identifiers for each connected table must be unique." Ex. E at 2.

64.     Elsewhere, a description of the Celonis PQL Engine describes the database within which PQL operates as column oriented by saying, "Celonis PQL Engine is an analytical column-store main memory database system." Vogelgesang, *supra* ¶ 52, at 382. Upon information and belief, in the normal course of using Object Link in the PQL Engine, the traversing identifies a set of traversed vertices (objects). Celonis states that "The output of LINK_PATH is a column containing all objects of all calculated paths, where each row's data corresponds to the value of the object in the input column." Ex. G at 1. Elsewhere, in a discussion of the LINK_FILTER operator, Celonis states, "All objects that are passed with the traversal are included in the filter result." *LINK_FILTER*, *supra* ¶ 44.

65.     Upon information and belief, execution of the LINK_PATH operator by the PQL Engine "identifies a set of traversed vertices," as the output contains all objects of the calculated paths. By contrast, the LINK_SOURCE and LINK_TARGET operators, are operations that can be acted upon individual objects.

The output of `LINK_PATH` is a column containing all objects of all calculated paths, where each row's data corresponds to the value of the object in the input column. If only individual objects are of interest and a complete path is not required, use `LINK_SOURCE/LINK_TARGET` instead. As the generated tables are joined to the input table, all objects, as specified in the Object Link mapping table, must reside within this one table in order to avoid join cycles in the data model. The underlying activity table generated by `LINK_PATH` is implicitly sorted by the `SEQUENCE` column within individual paths, indicated by the `PATH_ID` column.

See *LINK_PATH*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_path.html (last visited Sep. 29, 2025); *see also LINK_SOURCE – LINK_TARGET – LINK_ATTRIBUTES*, Celonis

Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_source---link_target---link_attributes.html (last visited Sep. 29, 2025).

66.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "selecting a path step description from the set of path step descriptions." Ex. A at 13:25-26.

67.    Upon information and belief, there are several LINK_PATH arguments (e.g., the CONSTRAINED BY clause, the "START," "END," "LENGTH," "ALL," "WITH/WITHOUT CYCLES" arguments, and/or portions thereof). Based on the syntax of the LINK_PATH operator, the PQL Engine selects one or more arguments from those provided (e.g., a direction argument, etc.) so that it can be processed. In practice, on information and belief, a Celonis user can select which arguments to include in the operator, and, at some point during execution, the PQL Engine can select such arguments (e.g., for use during execution).

## Syntax

```
LINK_PATH ( input_table.column [, direction ] [, CONSTRAINED BY ( [
START ( start_objects_expression ) ] [, END ( end_objects_expression
) ] [, LENGTH ( comparison ) ] [, ALL ( all_objects_expression ) ]
[, WITH/WITHOUT CYCLES] ) ] )
```

Ex. G at 1.

68.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "extracting a path predicate from the selected path step description." Ex. A at 13:27-28.

69.    Upon information and belief, the CONSTRAINED BY clause or the ALL (all_object_expression) in the CONSTRAINED BY clause is a path predicate. The path predicate is extracted from the path step description that is selected as described above. Celonis describes that the path predicate is used as a condition to compare against objects. For example, the LINK_PATH documentation by Celonis describes that the ALL constraint can be used to guarantee that all objects in the resulting paths fulfill a certain condition. In a specific example, Celonis states, "[t]hanks to the ALL constraint, we can guarantee that all objects in the resulting paths fulfill a certain condition. . . . If we want every path that does not involve traversing certain objects, we can avoid them via the ALL constraint. Here we gain every path that never visits material 'Dough'. . . . VARIANT ( LINK_PATH ( "MATERIAL" . "ID" , CONSTRAINED BY ( ALL ( "MATERIAL" . "ID" != 'Dough' ) ) ) )." Ex. G at 11. Extraction takes place before evaluation (e.g., comparison) described below. The parser of the PQL Engine parses the CONSTRAINED BY clause, extracting predicate expressions (e.g., ALL, START, END, LENGTH, CYCLES) from the path step description before evaluating them.

70.    Celonis instructs users to use the PQL Engine to extract the constraints (e.g., the ALL or WITHOUT CYCLES arguments). Specifically, one way to receive input parameters is through use of syntax, which Celonis provides, in easy to "copy to clipboard" format, to customers, specifically encouraging the use of the ALL and WITHOUT CYCLES arguments in the LINK_PATH syntax.

## Syntax

```
  LINK_PATH ( input_table.column [, direction ] [, CONSTRAINED BY ( [
START ( start_objects_expression ) ] [, END ( end_objects_expression
) ] [, LENGTH ( comparison ) ] [, ALL ( all_objects_expression ) ]
[, WITH/WITHOUT CYCLES] ) ] )
```

Ex. G at 1.

71.     Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "evaluating the extracted path predicate against the edge table, wherein the evaluation generates a set of valid edges, and the set of valid edges reduces a scan range during traversing." Ex. A at 13:29-32.

72.     Upon information and belief, in the Celonis system, as shown in the syntax depicted above, constraints are used when the PQL Engine executes the LINK_PATH operator. Constraint expressions are evaluated at the link/edge level, excluding edges that do not meet the predicate. Celonis documentation states that "constraints" "control the traversal performed by LINK_PATH" and "are intended to limit the result of the operator by specifying the critical areas within the graph." Ex. G at 2. Celonis describes that the extracted path predicate (e.g., ALL (all_objects_expression)) is compared against objects in the graph, which are represented in the edge table. In a specific example that is exemplary of operation of LINK_PATH, evaluation of the expression not equal to Dough (!= 'Dough') is performed. Celonis states, "[t]hanks to the ALL constraint, we can guarantee that all objects in the resulting paths fulfill a certain condition. . . . If we want every path that does not involve traversing certain objects, we can avoid them via the ALL constraint. Here we gain every path that never visits material 'Dough'. . . . VARIANT (

LINK_PATH ( "MATERIAL" . "ID" , CONSTRAINED BY ( ALL ( "MATERIAL" . "ID" !=
'Dough' ) ) ) )." *Id.* at 11. Comparison to 'Dough' includes evaluation of the extracted path
predicate. Further, the documentation describes that the evaluation generates a set of valid edges
(e.g., those with objects that satisfy the path predicate). Celonis describes the valid edges when it
says, "Thanks to the ALL constraint, we can guarantee that all objects in the resulting paths
fulfill a certain condition." *Id.*

73.    Celonis encourages users to generate a set of valid edges using constraints leading
to the reduction of what will be scanned, allowing the user to "specify[] the critical areas within
the graph." *Id.* at 2. Celonis informs users that "it is critical" to use constraints "to limit the traversal
of the Object Link graph to only those objects that are essential to a use case." Failure to do so can
cause the LINK_PATH feature to reach an operational limit. *Id.* at 14. In the LINK_PATH
documentation, Celonis describes that the set of valid edges reduces a scan range when it describes,
"If we want every path that does not involve traversing certain objects, we can avoid them via the
ALL constraint." *Id.* at 11. Avoiding some edges via specifying a set of valid edges reduces a scan
range during traversing.

74.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses
by Celonis customers) meets the '254 Patent claim 1 claim limitation, "determining a direction for
scanning the set of valid edges based on the selected path step description." Ex. A at 13:33-34.

75.    Upon information and belief, when the Celonis PQL Engine executes the
LINK_PATH operator according to the syntax depicted above, it determines a direction. Celonis
documentation for the LINK_PATH operator states that "direction specifies the traversal direction.
Valid values for the parameter are FORWARDS (default) and BACKWARDS." Through the
specification of the "direction" argument, the PQL Engine determines the direction for scanning

21

when it executes the LINK PATH operator; if no argument is specified, a default direction of FORWARDS is still determined. Ex. G at 1.

76.     Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "generating the set of traversed vertices by scanning the set of valid edges using the determined direction." Ex. A at 13:36-37.

77.     Upon information and belief, using the LINK_PATH syntax as instructed by Celonis, the PQL Engine generates the traversed vertices from the scan in the direction determined from the LINK PATH operator. As set forth in Celonis documentation:

> The output of LINK_PATH is a column containing all objects of all calculated paths, where each row's data corresponds to the value of the object in the input column. . . . As the generated tables are joined to the input table, all objects, as specified in the Object Link mapping table, must reside within this one table in order to avoid join cycles in the data model.

Ex. G at 1. The generated table contains the set of traversed vertices. Valid edges are scanned based on the constraints described above.

78.     Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '254 Patent claim 1 claim limitation, "returning the set of traversed vertices, wherein the set of traversed vertices are a set of vertices visited during the traversing." Ex. A at 13:38-40.

79.     Upon information and belief, execution of the LINK_PATH operator by the PQL Engine returns the set of traversed vertices visited during the traversing. As explained in Celonis documentation, LINK_PATH generates a table of the traversal activity, representing "individual paths calculated by traversing the Object Link graph":

The LINK_PATH operator creates an internal activity and case table to represent individual paths calculated by traversing the Object Link graph. The resulting activity table is joined towards the input table and to the internal case table in a N:1 fashion. Additional tables containing link attributes are generated and can be accessed via the LINK_PATH_SOURCE/TARGET operators. An example of the created tables and how they are joined is shown below:



Ex. G at 1. The Celonis documentation also states that "The output of LINK_PATH is a column containing all objects of all calculated paths, where each row's data corresponds to the value of the object in the input column." *Id.* The PQL Engine identifies a set of traversed objects when executing LINK_PATH. Elsewhere, in a discussion of the link-filter operator, Celonis states, "All objects that are passed with the traversal are included in the filter result." *LINK_FILTER*, *supra* ¶ 44.

80.    Celonis's acts of infringement have injured and damaged SAP in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284. SAP will suffer additional damages and irreparable harm unless Celonis is enjoined from further infringement.

## CLAIM FOR RELIEF – COUNT II
### Infringement Of The '492 Patent

81.     SAP realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

82.     All conditions precedent to this Count have occurred or been performed.

83.     The Defendants have been and are now directly infringing, contributing to infringement, and/or inducing others to infringe, the '492 Patent in this District and elsewhere in violation of 35 U.S.C. § 271 at least by making, using, selling, offering to sell, and/or importing into the United States software, or products or components containing such software, that practices or is used in the practice of one or more claims of the '492 Patent, including, at least, using the Celonis PQL Engine of the Celonis Platform to utilize the Object Link feature and its LINK PATH operator (hereinafter, "Celonis Object Link"), or other components of the Celonis Platform that have the same infringing structure and/or functionality as recited in the claims of the '492 Patent, including releases thereof dating from no later than October 2023.

84.     Upon information and belief, "Object Link is a framework to model and analyze flows between object instances as a graph. By explicitly modeling the relationships between object instances, Object Link does not require the presence of traditional cases or events. These explicit relationships are provided as dedicated mapping tables which build a graph or network. One example is the bill of materials[,] which is modeled as a recursively, self-referencing table by most source systems and not via several object tables that reference each other. The Object Link graph can be accessed, traversed and analyzed via the Object Link operators . . . ." Ex. E at 1.

85.     Upon information and belief, using the Object Link feature achieves improved graph transversal by "connect[ing] rows belonging to specified tables, resulting in a virtual graph structure. Each row is represented by an object in the graph. The graph structure is represented by

an edge table of directed links between rows from the tables. These links can be defined via dedicated mapping tables, in which each row correspond to one link." *LINK_FILTER*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_filter.html (last visited Sep. 29, 2025). On information and belief, the Defendants infringe the '492 Patent by providing demonstrations, testing and other uses of the Celonis Object Link. The Defendants have committed infringing acts without the permission, consent, authorization, or license of SAP.

86.    The Defendants' infringement is literal or under the doctrine of equivalents, or both.

87.    On information and belief, the Defendants, in addition to their own direct infringement, are currently actively inducing and encouraging infringement of the '492 Patent, and, unless enjoined, will continue to actively induce and encourage infringement of the '492 Patent. The Defendants have known of the '492 Patent at least since the time of the service of the present Complaint. Unless Defendants immediately remove the Accused Features from the Celonis Object Link, Defendants will continue to actively encourage others to infringe the '492 Patent, and knowingly induce infringement by others, including resellers, retailers, and end users of the Celonis Object Link.

88.    The Defendants also contribute to infringement of the '492 Patent by offering to sell or selling within the United States or importing into the United States the software, or products or components containing such software, which include Celonis Object Link, the non-staple constituent parts of such software, or products or components, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '492 Patent, and components of such software or products, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '492 Patent.

Unless Defendants immediately remove the Accused Features from the Celonis Object Link upon receipt of the present Complaint, on information and belief, the Defendants know such software or products containing such software to be especially made or especially adapted for use in the infringement of the '492 Patent. Specifically, on information and belief, the Defendants sell such software, or products containing such software, to resellers, retailers, and end users with knowledge that such software is used by end users to directly infringe the '492 Patent.

89.    For example, use of the Celonis Object Link infringes at least claim 1 of the '492 Patent. For example, use of the Celonis Object Link to analyze graph data, infringes at least claim 1 of the '492 Patent.

90.    Celonis used the claimed methods of the '492 Patent without permission from SAP.

91.    Claim 1 of the '492 Patent reads as follows (claim enumeration added):

| Claim 1 | |
|---|---|
| [1p] | A computer-implemented method comprising: |
| [1a] | receiving an input parameter, wherein the input parameter includes at least a set of path step descriptions that set criteria for a data graph traversal and a set of start vertices; |
| [1b] | recursively traversing an edge table in a data graph that is stored in a column oriented table in a cache memory, based on the input parameter, wherein the traversing identifies a set of traversed vertices and further comprises: |
| [1c] | identifying a path predicate included in a path step description; |
| [1d] | generating a set of valid edges based on the path predicate, wherein the set of valid edges reduces a scan range during the traversing; |
| [1e] | determining a direction for scanning the set of valid edges, based on the path set description, wherein the direction determines whether the scan begins at a vertex source column or a vertex target column in the edge table; |
| [1f] | generating the set of traversed vertices by scanning the set of valid edges against a set of vertices in the edge table until at least one terminating condition is met, wherein the set of vertices includes at least the set of start vertices or vertices identified when scanning with a previous path step description; and |
| [1g] | terminating the generating of the set of traversed vertices when the at least one terminating condition is met; and |

| [1h] | returning the set of traversed vertices. |
| --- | --- |

92.    Celonis includes Object Link within the Celonis "PQL Function Library." *Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025). "The Process Query Language (PQL) is a domain-specific query language developed by Celonis for process mining. It allows you to translate your process-related questions into executable queries, which are then run on a custom-built query engine within Celonis Platform." Ex. F. "Celonis PQL Engine is an analytical column-store main memory database system. It evaluates Celonis PQL queries over a defined data model."

93.    Thomas Vogelgesang et al., *Celonis PQL: A Query Language for Process Mining*, in Process Querying Methods 377, 382 (Artem Polyvyanyy ed., 2022) . "Like most state-of-the-art database systems, the Celonis PQL implementation is a main memory database. This means that it uses main memory as primary storage instead of the disk in order to avoid slow disk access." *Id*. at 403. As such, on information and belief, the Object Link computer-implemented method is used in a memory-centric database.

94.    Celonis encourages users to use Object Link, including use of the claimed methods. Celonis expressly promotes the use of Object Link in its documentation. For example, Celonis instructs its customers that "Object Link is a framework to model and analyze flows between object instances as a graph." Ex. E at 1. Celonis claims that "[t]he **Object Link graph can be** accessed, **traversed** and analyzed via the Object Link operators listed below," including LINK_PATH, which "creates an activity table containing a case for **each traversed path in the Object Link graph**." *Id.* (emphases added).

95.    Likewise, Celonis provides training to users through the "Celonis Academy" to use Object Link. For example, one training takes the user through the steps of "Set[ting] Up Object Link in Data Integration." *Set Up Object Link in Data Integration*, Celonis Academy: Catalog, Online Courses, https://academy.celonis.com/courses/set-up-object-link-in-data (visited Sep. 15, 2025*)*. Celonis Academy also offers a 60-minute training on how to "Visualize objects and their relationships through Object Link." *Set up a Network Explorer in a View*, Celonis Academy: Catalog, Online Courses, https://academy.celonis.com/courses/set-up-a-network-explorer-in-a-view (last visited Sep. 12, 2024).

96.    On information and belief, using the Celonis Platform and Object Link requires the use of at least one processor. In the context of describing LINK_PATH, Celonis warns users that "this operator may require excessive CPU time," confirming the use of at least one processor. Ex G at 1.

97.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "receiving an input parameter." Ex. B at 12:59.

98.    Celonis instructs users to use the PQL Engine to receive input parameters of the LINK PATH operator that is executed by the PQL Engine. Specifically, one way to receive input parameters is through use of syntax, which Celonis provides, in easy to "copy to clipboard" format, to customers:

## Syntax

the table row limit:

Advanced Examples

See also:

```
LINK_PATH ( input_table.column [, direction ] [, CONSTRAINED BY ( [
START ( start_objects_expression ) ] [, END ( end_objects_expression
) ] [, LENGTH ( comparison ) ] [, ALL ( all_objects_expression ) ]
[, WITH/WITHOUT CYCLES] ) ] ) )
```

Copy to clipboard

*LINK_PATH*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_path.html (last visited Sep. 29, 2025). An input parameter can include the input_table.column, direction, CONSTRAINED BY, etc. as shown. For example, LINK_PATH "acquires object attributes from the specified input_table.column." Ex. G at 1.

99.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 wherein clause, "wherein the input parameter includes at least a set of path step descriptions that set criteria for a data graph traversal and a set of start vertices." Ex. B at 12:59-62.

100.    The LINK_PATH parameters include a set of path step descriptions in, at least, "**direction**" the "**CONSTRAINED BY**" clause, the "**START**," "END," "LENGTH," "**ALL**," "WITH/WITHOUT CYCLES" arguments, and/or portions thereof. As described by Celonis, **direction** "specifies the traversal direction." Ex. G at 1. Similarly, "[p]arameters within the **CONSTRAINED BY** clause are called constraints and control the traversal performed by LINK_PATH." *Id.* at 2. Further, the set of start vertices is provided by the "**START**" argument ("**start_objects_**expression is a condition to specify the start objects of the graph traversal"). *Id.* at 1. Further, the set criteria for a data graph traversal is provided by the "**ALL**" argument ("**all_objects_**expression is a condition to specify which objects of the graph may be traversed") *Id.* at 2. (All emphases added.)

101.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "recursively traversing an edge table in a data graph that is stored in a column oriented table in a cache memory, based on the input parameter." Ex. B at 12:63-65.

102.    Upon information and belief, the PQL Engine will recursively traverse the edge table for a data graph. As explained by Celonis: "These explicit relationships are provided as dedicated mapping tables which build a graph or network. One example is the bill of materials which is modeled as a recursively, self-referencing table by most source systems and not via several object tables that reference each other." Ex. E at 1. Celonis also provides, "LINK_FILTER enables object-based recursive filtering on the Object Link graph." *LINK_FILTER*, *supra* ¶ 85.

103.    "The Object Link graph can be accessed, traversed and analyzed via the Object Link operators listed below." Ex. E at 1. "LINK_FILTER enables object-based recursive filtering on the Object Link graph" *LINK_FILTER*, *supra* ¶ 85. Upon information and belief, the data graph is stored in a column oriented table in a cache memory. A published paper on Celonis PQL indicates that the Celonis PQL Engine uses cache when it describes that it achieves "good cache locality."

> The Celonis PQL Engine uses state-of-the-art techniques from the database research community like just-in-time (JIT) compilation and dictionary encoding. JIT compilation is a technique that generates and compiles code to execute a query. It allows achieving a good cache locality and a low number of CPU instructions resulting in a very high performance as shown by Neumann [11]. Dictionary encoding is a standard compression technique to reduce the memory overhead [10].

Thomas Vogelgesang et al., *Celonis PQL: A Query Language for Process Mining*, in Process Querying Methods 377, 403 (Artem Polyvyanyy ed., 2022).

104.    On information and belief, the "mapping tables," may also be considered a cache data memory:

**Configuring Object Link**

Object Link is used to model relationships between objects. These relationships are explicitly defined as links in one or more separate tables, called mapping tables, in which each row represents one link. Mapping tables must contain columns with identifiers for the

rows of the tables that you want to connect, at least one for the outgoing part of a link and one for the incoming part of a link.

The following two figures show an Object Link configuration via a mapping table and the resulting Object Link graph:



```
Mapping Config:
    MAPPING: OUT: [OUT], IN: [IN];
    Connected_tables:
        OBJECT: [ID];
```

*Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025).

"Object Link configuration with a mapping table. Every row in the mapping table corresponds to one link in the graph." *Id.*

31



The graph that was created based on the Object Link configuration. Note that `object D` is not part of the Object Link graph as it is not mentioned in the mapping table.

> ⚠ **Warning**
>
> As mentioned earlier, connected tables *must* have unique identifiers. To fulfill this condition, multiple columns can be specified to identify the connection. For example, if column `ID` of `Object` contains a duplicated identifier, an error will be emitted. As a solution, a set of columns can be used as identifiers.

*Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025). "The following figure shows the configuration with two mapping columns with multiple connected tables:" *Id.*



```
Mapping Config:
    MAPPING_TABLE: OUT: [MAP_OUT1, MAP_OUT2], IN:  [MAP_IN1, MAP_IN2];
    Connected_tables:
        Table A: [TableID, Value];
        Table B: [TableID, Value];
```

*Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025). "This results in an Object Link configuration with multiple connected tables utilizing multiple outgoing and incoming columns as identifiers in the mapping table:" *Id.*



*Object Link*, Celonis Documentation: PQL – Process Query Language, PQL Function Library (Sep. 23, 2025), https://docs.celonis.com/en/object-link.html (last visited Sep. 29, 2025).

105.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 wherein clause, "wherein the traversing identifies a set of traversed vertices and further comprises." Ex. B at 12:65-67.

106.    On information and belief, the output of the LINK_PATH operator is a column containing all objects of all calculated paths. Celonis documentation encourages users to use LINK_SOURCE / LINK_TARGET if individual objects instead of a complete path are required. Thus, LINK_PATH provides a complete path. A path identifies a set of traversed vertices.

107.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "identifying a path predicate included in a path step description." Ex. B at 13:1-2.

108.    Upon information and belief, the CONSTRAINED BY clause or the ALL (all_object_expression) in the CONSTRAINED BY clause is a path predicate. The path predicate is identified in the path step description that is selected as described above. Celonis describes that the path predicate is used as a condition to compare against objects. For example, the LINK PATH documentation by Celonis describes that the ALL constraint can be used to guarantee that all objects in the resulting paths fulfill a certain condition. In a specific example, Celonis states, "[t]hanks to the ALL constraint, we can guarantee that all objects in the resulting paths fulfill a certain condition. . . . If we want every path that does not involve traversing certain objects, we can avoid them via the ALL constraint. Here we gain every path that never visits material 'Dough'. . . . VARIANT ( LINK_PATH ( "MATERIAL" . "ID" , CONSTRAINED BY ( ALL ( "MATERIAL" . "ID" != 'Dough' ) ) ) )." Ex. G at 11. Identification takes place before evaluation (e.g., comparison) described below. The parser of the PQL Engine parses the CONSTRAINED BY clause, extracting predicate expressions (e.g., ALL, START, END, LENGTH, CYCLES) from the path step description before evaluating them.

109.    Celonis instructs users to use the PQL Engine to identify the constraints (e.g., the ALL or WITHOUT CYCLES arguments) from among the path step description. Specifically, the Celonis PQL Engine receives input parameters through use of syntax, which Celonis provides, in easy to "copy to clipboard" format, to customers, specifically encouraging the use of the ALL and WITHOUT CYCLES arguments in the LINK_PATH syntax. *Id.* at 1.

## Syntax

```
  LINK_PATH ( input_table.column [, direction ] [, CONSTRAINED BY ( [
START ( start_objects_expression ) ] [, END ( end_objects_expression
) ] [, LENGTH ( comparison ) ] [, ALL ( all_objects_expression ) ]
[, WITH/WITHOUT CYCLES] ) ] )
```

Ex. G at 1.

110.    Upon information and belief, a path predicate in the path step description is necessarily identified in order to apply it when determining valid edges as described below. For example, the criteria described above serve as a path predicate in the LINK_PATH operator.

111.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "generating a set of valid edges based on the path predicate, wherein the set of valid edges reduces a scan range during the traversing." Ex. B at 13:3-5.

112.    On information and belief, Celonis documentation on LINK_PATH establishes that a set of valid edges (in described "resulting paths") is generated based on the path predicate when it describes functionality of the "ALL" argument. In the CONSTRAINED BY clause, the "ALL" constraint can limit valid edges based on the path predicate specified ("all_objects_expression"). The Celonis documentation states:

> **ALL**
>
> Thanks to the ALL constraint, we can guarantee that all objects in the resulting paths fulfill a certain condition.

Ex. G at 11.  Further in the LINK_PATH documentation, Celonis describes, "If we want every path that does not involve traversing certain objects, we can avoid them via the ALL constraint." *Id*. at 11.

113.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "determining a direction for scanning the set of valid edges, based on the path set description." Ex. B at 13:6-7.

114.    Upon information and belief, when the Celonis PQL Engine executes the LINK_PATH operator according to the syntax depicted above, it determines a direction. Celonis documentation for the LINK_PATH operator states that "direction specifies the traversal direction. Valid values for the parameter are FORWARDS (default) and BACKWARDS." Through the specification of the "direction" operation, the PQL Engine determines the direction for scanning when it executes the LINK PATH operator; if no argument is specified, a default direction of FORWARDS is still determined. Ex. G at 1.

115.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 wherein clause, "wherein the direction

36

determines whether the scan begins at a vertex source column or a vertex target column in the edge table." Ex. B at 13:7-10.

116.    Upon information and belief, using the LINK_PATH operator as instructed by Celonis, causes the PQL Engine to determine, based on direction, whether the scan begins at a source object (vertex) or a target object (vertex) in the edge table. The in Celonis documentation for the LINK_PATH operator states that "direction specifies the traversal direction. Valid values for the parameter are FORWARDS (default) and BACKWARDS." Ex. G at 1.    The Celonis documentation includes further details about how the Object Link graph specifies source and target objects:

> **Scenario**
>
> The Object Link graph traversed by `LINK_PATH` can be arbitrarily complex and large. Formally, the graph is a directed multigraph, meaning that each link has a source and target object as well as an identity which allows multiple unique links between the same source and target pair. We refer to a group of links that share the same source and target objects as a multi-link. Additionally, the graph may contain cycles and self-loops. Objects therefore can appear multiple times within a path.

Ex. G at 2.

The documentation also establishes that objects are represented as columns in the mapping table, so a scan begins at a vertex source column or a vertex target column depending on the direction:

> • `LINK_PATH` acquires object attributes from the specified `input_table.column`. Therefore, all objects, as they are specified in the Object Link mapping table, must be contained in this table. Entries of the input object table that are not mentioned in the mapping table are not legitimate objects for the Object Link graph and are ignored.

Ex. G at 1.

117.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "generating the set of traversed vertices by scanning the set of valid edges against a set of vertices in the edge table until at least one terminating condition is met, wherein the set of vertices includes at least the set

of start vertices or vertices identified when scanning with a previous path step description." Ex. B at 13:14-16

118.    As set forth above, The Celonis documentation on LINK_PATH indicates that the Celonis Platform returns paths (according to the specified criteria, which are "valid"), which include valid edges. Upon information and belief, the set of traversed vertices is generated by scanning valid edges (e.g., as defined by the ALL parameter) against a set of vertices in the edge table (e.g., the vertices in the tables representing the graph) until an "END" constraint is met. Ex. G at 1-2. Upon information and belief, the LINK_PATH documentation describes an "END" constraint that is a condition to specify the end object of the graph traversal. Likewise, on information and belief, the user can identify various categories as "END" objects, which can be a terminating condition.



*LINK_PATH*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_path.html (last visited Sep. 29, 2025).

119.    On information and belief, one or more start vertices is provided by the "**START**" argument ("**start_objects_** expression is a condition to specify the start objects of the graph traversal"). *Id.* at 1.

120.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "terminating the generating of the set of traversed vertices when the at least one terminating condition is met." Ex. B at 13:17-18.

121.    On information, use of the syntax "END," will terminate traversal and when the end object(s) are reached (i.e., the LINK_PATH operator terminates). As described above, a terminating condition is the exhaustion of verticies/edges or reaching the end_objects_expression specified in the "END" parameter. "end_objects_expression is a condition to specify the end objects of the graph traversal." *See* Ex G at1.



Ex. G at 7.

122.    Upon information and belief, when the terminating condition is returned for that operation, there is no additional generation of traversed vertices.

123.    Using Object Link (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '492 Patent claim 1 claim limitation, "returning the set of traversed vertices." Ex. B at 13:20.

124.    Upon information and belief, the output of the LINK_PATH operator includes "a column containing all objects of all calculated paths" with data for each row of a table.

> The output of `LINK_PATH` is a column containing all objects of all calculated paths, where each row's data corresponds to the value of the object in the input column. If only individual objects are of interest and a complete path is not required, use `LINK_SOURCE/LINK_TARGET` instead.

*LINK_PATH*, Celonis Documentation: PQL – Process Query Language, PQL Function Library, Object Link (Sep. 23, 2025), https://docs.celonis.com/en/link_path.html (last visited Sep. 29, 2025).

125.    Celonis's acts of infringement have injured and damaged SAP in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284. SAP will suffer additional damages and irreparable harm unless Celonis is enjoined from further infringement.

### CLAIM FOR RELIEF – COUNT III
### Infringement Of The '034 Patent

126.    SAP realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

127.    All conditions precedent to this Count have occurred or been performed.

128.    The Defendants have been and are now directly infringing, contributing to infringement, and/or inducing others to infringe, the '034 Patent in this District and elsewhere in violation of 35 U.S.C. § 271 at least by making, using, selling, offering to sell, and/or importing

into the United States software, or products or components containing such software, that practices or is used in the practice of one or more claims of the '034 Patent, including, at least, using the Celonis Platform. On information and belief, Celonis instructs users to (and provides a user interface adapted to) perform a data integration workflow, including creating data pools, connecting to data sources (such as ERP systems) and extracting and transforming data from source systems, or other components of the Celonis Platform that have the same infringing structure and/or functionality as recited in the asserted claims of the '034 Patent, including releases thereof dating from no later than October 14, 2020.

129.    Upon information and belief, Celonis documentation confirms that the Celonis Platform includes a user interface, which is depicted in the various screen shots shown as examples in the documentation and Celonis Academy videos. For example, depicted below is a user interface, which by the inclusion of a particular URL, is a web browser configured with the software components provided by Celonis.



*Data Flow Diagram*, Celonis Acadamy: Introduction to Data Integration, Start Video, https://academy.celonis.com/learn/video/data-integration-redesigned (last visited Oct. 2, 2025) (annotation added) (screenshot of GIF).

130. Celonis instructs users that:

> The Celonis Platform allows you to view, analyze, and make improvements to your business process data. This data is captured by the tools and systems your business uses on a daily basis (which we refer to as your source systems). These source systems can be integrated with the Celonis Platform, helping you to extract the relevant data from them, transform that data to your needs, and load it into a data model for you to use throughout the platform.
>
> When configuring and managing your Celonis Platform data, the following stages are involved:



*Integrating your data*, Celonis Documentation (Sep. 9, 2025), https://docs.celonis.com/en/data-integration.html (last visited Sep. 29, 2025) (annotation added). Celonis further instructs, "The first stage when integrating your source systems with the Celonis Platform is to create a data pool." *Id.*

131. On information and belief, a Celonis data pool is "the main structural element of your data integration workflow, acting as a container for your data sources, data jobs, and monitoring." *See Id.*

132.    Celonis further describes an "Example Data Pool" in its formal documentation, as follows:



*Creating and managing data pools*, Celonis Documentation: Data Integration (Aug. 14, 2025), https://docs.celonis.com/en/creating-and-managing-data-pools.html (last visited Sep. 29, 2025).

133.    On information and belief, Celonis instructs users that "[a]fter creating a data pool, you now need to establish connections with your data sources. These are referred to as data connections, with these connections controlling where your data is extracted from and then transferred into the Celonis Platform. Your method of data connection depends on your source system, with both continuous and one-time connections available." *Connecting data sources*, Celonis Documentation: Data Integration (Sep. 12, 2025), https://docs.celonis.com/en/connecting-data-sources.html (last visited September 29, 2025).

134.    On information and belief, the Defendants infringe the '034 Patent in part by providing demonstrations, testing and other uses of the Celonis Platform and its user interface adapted to perform a data integration workflow, including creating data pools, connecting to data

sources (such as ERP systems) and extracting and transforming data from source systems. Defendants have committed infringing acts without the permission, consent, authorization, or license of SAP.

135.   The Defendants' infringement is literal or under the doctrine of equivalents, or both.

136.   On information and belief, the Defendants, in addition to their own direct infringement, are currently actively inducing and encouraging infringement of the '034 Patent, and, unless enjoined, will continue to actively induce and encourage infringement of the '034 Patent. The Defendants have known of the '034 Patent at least since the service of the present Complaint. Unless Defendants immediately remove the Accused Features from the Celonis Platform, Defendants actively encourage others to infringe the '034 Patent, and knowingly induce infringement by others, including resellers, retailers, and end users of the Celonis Platform user interface adapted to perform a data integration workflow, including creating data pools, connecting to data sources (such as ERP systems) and extracting and transforming data from source systems.

137.   The Defendants also contribute to infringement of the '034 Patent by offering to sell or selling within the United States or importing into the United States software, or products or components containing such software, which includes the Celonis Platform user interface, which is adapted to perform a data integration workflow, including creating data pools, connecting to data sources (such as ERP systems) and extracting and transforming data from source systems, and the non-staple constituent parts of such software, or products or components containing such software, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '034 Patent, and components of such software, or products containing such software, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '034 Patent. Unless Defendants immediately

remove the Accused Features from the Celonis Platform upon receipt of the present Complaint, on information and belief, the Defendants know the software or products containing such software to be especially made or especially adapted for use in the infringement of the '034 Patent. Specifically, on information and belief, the Defendants sell such software, or products containing such software, to resellers, retailers, and end users with knowledge that such software, or products containing such software, is used by end users to directly infringe the '034 Patent.

138.    For example, use of the Celonis Platform user interface adapted to perform a data integration workflow, including creating data pools, connecting to data sources (such as ERP systems) and extracting and transforming data from source systems, and is integrated with the Celonis Execution Management System ("EMS") platform, infringes at least claim 9 of the '034 Patent.

139.    Celonis used the claimed methods of the '034 Patent without permission from SAP.

140.    Claim 9 of the '034 Patent reads as follows (claim enumeration added):

| Claim 9 | |
|---|---|
| [9p] | A computer-implemented method comprising: |
| [9a] | initiating a business intelligence (BI) tool; |
| [9b1] | connecting the BI tool to a connection server integrated with a BI platform, |
| [9b2] | the connection using middleware architecture and features of the BI platform, |
| [9b3] | wherein connection of the BI tool to the BI platform automatically connects the BI tool to the connection server; |
| [9c] | receiving selection of an initiate query control; |
| [9d1] | retrieving, by the connection server, one or more database coupling components from the BI platform, |
| [9d2] | wherein each database coupling component corresponds to a data source; |
| [9e] | displaying, at the BI tool, the retrieved one or more database coupling components; and |
| [9f] | receiving selection of at least one of the retrieved one or more database coupling components to provide data in response to execution of a query. |

141.    Using the Celonis Platform user interface adapted to perform a data integration workflow (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "initiating a business intelligence (BI) tool." Ex. C at 9:61. Upon information and belief, using the Celonis Platform user interface initiates the BI tool when it begins the data integration workflow by "creating" "data pools" as a "first stage when integrating your source system. *Connecting data sources*, *supra* ¶ 133. As shown in the figure below, Celonis instructs users to do so by "clicking" on "Data," then "Data Integration," then "New Data Pool."



*Creating and managing data pools*, Celonis Documentation: Data Integration (Aug. 14, 2025), https://docs.celonis.com/en/creating-and-managing-data-pools.html (last visited Sep. 29, 2025).

142.    Celonis also instructs users to initiate the data integration workflow with "process connector templates." Specifically, Celonis instructs users to "Click **Data - Data Integration**," then "**+ New Data Pool**" in its documentation. *Using process connector templates*, Celonis Documentation: Data Integration, Creating and Managing Data Pools (Apr. 9, 2024), https://docs.celonis.com/en/process-connector-installation.html (last visited Oct. 2, 2025).



*Using process connector templates*, Celonis Documentation: Data Integration, Creating and Managing Data Pools (Apr. 9, 2024), https://docs.celonis.com/en/process-connector-installation.html (last visited Oct. 2, 2025).

143.    Using the Celonis Platform user interface (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "connecting the BI tool to a connection server integrated with a BI platform." Ex. C at 10:1-2.

144.    Upon information and belief, Celonis provides a user interface for the data integration workflow that shows data connections and is integrated with the Celonis Execution Management System (EMS) platform. Upon information and belief, Celonis through the Celonis Platform, also provides a user interface which shows data connections available for an instant data pool (e.g. exported from other data pools) and allows a user to select among these data connections for use with the instant data pool. The user interface is the visible manifestation of Celonis software providing this functionality.



*Sharing data between data pools*, Celonis Documentation: Data Integration, Creating and Managing Data Pools (Mar. 18, 2025), https://docs.celonis.com/en/sharing-data-between-data-pools.html (last visited Sep. 29, 2025) (annotation in original).



Celonis, *Sharing Data Between Data Pools*, at 01:13, https://docs.celonis.com/en/sharing-data-between-data-pools.html (last visited Oct. 1, 2025) (screenshot from first embedded video).

145.    On information and belief, the Celonis Platform user interface is supported by Celonis software that enables connection functionality that implements a connection server. On information and belief, the connection server is integrated with the EMS platform as evidenced by the "EMS" notation in the user interface for a data pool that is shown as part of the Celonis Data Integration workflow.



49

*Creating and managing data pools*, Celonis Documentation: Data Integration (Aug. 14, 2025),

https://docs.celonis.com/en/creating-and-managing-data-pools.html (last visited Sep. 29, 2025).

146.    Using Celonis Platform user interface and the Celonis Execution Management System (EMS) platform (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent Claim 9 claim limitation, "the connection using middleware architecture and features of the BI platform." Ex. C at 10:2-3.

147.    As noted in paragraph 145, above, on information and belief, "Connect to Data Source" is a feature of the Execution Management System (EMS) platform as evidenced by the "EMS" notation in the user interface for a data pool that is shown as part of the Celonis Data Integration workflow. As described below, on information and belief, the Celonis Execution Management System has a middleware architecture.

148.    Celonis' description of its Execution Management System demonstrates that the Platform is middleware.

**What is Execution Management?** Execution Management is a new category of enterprise software that integrates with applications and data sources to drive intelligent orchestration to improve business performance. The category <u>was launched in 2020 by Celonis</u> with the release of its Execution Management System. The Celonis EMS contains the company's Process Data Engine, Action Flows automation tools, purpose-built in-memory database, the Process Query Language (PQL), Execution Applications, low-code Celonis Studio application builder, and more. An Execution Management System can be described in three words: Data, intelligence and action.

**Where does Execution Management fit in the broader enterprise software landscape?** Execution Management orchestrates the digitization layer across multiple systems and data stores. Today, the <u>average individual business process runs across more than 10 systems</u> and many enterprises use <u>more than 200 IT systems and applications</u> to operate their business. In this fragmented IT environment, the movement of information across these systems is often uncoordinated and data is silo-ed. This complexity creates hidden inefficiencies that destroy business performance, cost millions in wasted budget, worsen <u>supply chain</u> disruptions, drive inflation and hurt corporate <u>sustainability</u> efforts.

Execution Management provides a layer on top of existing systems without changing what's underneath. These systems include on-premises systems, cloud applications, data warehouses, proprietary systems and systems of record. The goal of Execution Management is to provide a 360-degree view of processes and how your business actually operates based on data.

Larry Dignan, *What is Execution Management?*, Celonis: Blog (Jun. 24, 2022), https://www.celonis.com/blog/what-is-execution-management (last visited Sep. 29, 2025) (red emphases added; other emphases in original).

149.    Using Celonis Platform user interface (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "wherein connection of the BI tool to the BI platform automatically connects the BI tool to the connection server." Ex. C at 10:3-5.

150.    On information and belief, once the input parameters are set, the "Connect to Data Source," is automatically performed. *See also* Celonis, *Sharing data between data pools*, *supra* ¶ 144 at 00:26-00:55 (last visited Oct. 1, 2025) (first embedded video); Celonis, *Sharing data from a Data Pool without a data connection* at 00:57-01:03 (last visited Oct. 1, 2025) (second embedded video). The Celonis Platform user interface is automatically connected to the connection server that provides importable connections to the Celonis EMS platform. The Celonis Platform user interface establishes the connection between the Celonis EMS platform and data integration workflow. In a Celonis video, which shows the user interface, beginning at timestamp 1:11, the user interface leads immediately to the step shown at 1:13, no additional step is involved to connect the data pool being configured to the connection server offering the menu at 1:13. Celonis, *Sharing data between data pools*, *supra* ¶ 144 at 01:11-01:13 (first embedded video).



*Creating and managing data pools*, Celonis Documentation: Data Integration (Aug. 14, 2025),

https://docs.celonis.com/en/creating-and-managing-data-pools.html (last visited Sep. 29, 2025).

151.    Using Celonis user interface and the Celonis EMS platform (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "receiving selection of an initiate query control." Ex. C at 10:6.

152.    Upon information and belief, the user interface performing "extraction tasks" enables the selection of tables to be extracted from the source system and imported in the Celonis Platform.

Extraction tasks allow you to select the data tables to be extracted from your source system (and imported into the Celonis Platform). You can now create, validate, and preview extraction tasks for JDBC source systems using the Extractions Editor and AI Assistant, allowing you to dynamically write SELECT SQL queries and use your source system's SQL dialect.

*Creating extraction tasks using the Extractions Editor and AI Assistant*, Celonis Documentation: Data Integration, Extracting and Transforming Data (May 27, 2025), https://docs.celonis.com/en/extractions-editor.html (last visited Oct. 2, 2025).

153.    Upon information and belief, extraction tasks for JDBC drivers are created and managed using the Extractions Editor, which includes a "Preview SQL" feature.

- **Preview SQL**: This runs your current SQL statement and gives you a preview of the extraction tasks and their associated logs. This is not a complete extraction, we only run the query with a limit of 100 records to ensure the query works and can fetch the data, once extraction is saved and executed.

*Creating extraction tasks using the Extractions Editor and AI Assistant*, Data Integration, Extracting and Transforming Data (May 27, 2025), https://docs.celonis.com/en/extractions-editor.html (last visited Oct. 1, 2025).

154.    The Celonis documentation encourages use of the "Preview" feature, and when invoked, the platform will initiate a SQL query as part of preview functionality. Upon information and belief, when a Celonis user clicks on "Preview" in the Extractions Editor, a selection is

received. A review of the Preview button's HTML code shows that when the Preview feature is invoked by the "button", the platform will initiate a SQL query:



*Creating extraction tasks using the Extractions Editor and AI Assistant*, Celonis Documentation: Data Integration, Extracting and Transforming Data (May 27, 2025), https://docs.celonis.com/en/extractions-editor.html (last visited Oct. 1, 2025).

155.    Using the Celonis Platform user interface and the Celonis Execution Management System (EMS) platform (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 limitation, "retrieving, by the connection server, one or more database coupling components from the BI platform." Ex. C at 10:7-8.

156.    Upon information and belief, when the Celonis Platform exports and then imports a data connection to a data pool, the "data connections" (e.g., drivers) are retrieved by the EMS platform. Celonis encourages users to establish these data connections. Upon information and belief, when the Celonis data integration software displays "Import Data from another Data Pool," it asks the user to "Select the data connection you want to [be] import[ed]" from another Data Pool. When the user interface receives a selection and "Next" is activated, the connection (database coupling component) is retrieved from the Celonis Execution Management System (EMS)

54

platform. *See Sharing data between data pools*, *supra* ¶ 144; Celonis, *Sharing data between Data Pools*, *supra* ¶ 144, at 01:11-01:19 (first embedded video).

157.    Using the Celonis Platform user interface and the Celonis Execution Management System (EMS) platform (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "wherein each database coupling component corresponds to a data source." Ex. C at 10:8-10.

158.    On information and belief, each data connection corresponds to some data at a particular data source. For example, Celonis instructs how to import data to a data pool from another data pool. In this way, the alternative data pools are associated with database coupling components, and each of those alternative data sources includes how the set of information was created for storage by a user, and each corresponds to retrievable data.



Celonis, *Sharing data between data pools*, *supra* ¶ 144 at 01:13 (screenshot from first embedded video).

159.    Using the Celonis Platform user interface and the Celonis Execution Management System (EMS) platform (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "displaying, at the BI tool, the retrieved one or more database coupling components." Ex. C at 10:10-11.

160.     Upon information and belief, the Celonis Platform, as shown above, displays such information as selectable options under "Data Connection Name." *See* Celonis, *Sharing data between data pools*, *supra* ¶ 144 at 01:13 (screenshot from first embedded video).

161.     Using the Celonis Platform user interface data integration workflow (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '034 Patent claim 9 claim limitation, "receiving selection of at least one of the retrieved one or more database coupling components to provide data in response to execution of a query." Ex. C at 10:12-14.

162.     Upon information and belief, the Celonis Platform receives a selection of at least one of the options listed under "Data Connection Name" in the user interface shown above. Subsequently, once the connection is established, Celonis instructs "you need to create and execute data jobs.  Data jobs are tasks that extract, [and] transform . . . the data."

## Extracting and transforming data

Once a connection with your data source is established, you need to create and execute data jobs. Data jobs are tasks that extract, transform, and update data models with the data from your source systems, ensuring that only the relevant data is integrated with the Celonis Platform. Data jobs, and their related tasks, can be either created manually or added to your data pool as part of a process connector.

*Extracting and transforming data*, Celonis Documentation: Data Integration (July 11, 2025), https://docs.celonis.com/en/extracting-and-transforming-data.html (last visited Oct. 2, 2025).The Celonis documentation further describes that a transformation task provides data in response to an executed SQL query.

**Transformation tasks**

Transformations are then used to create event logs from your extracted data and are written in SQL (using the Vertica SQL syntax). Transformations help to clean up, restructure, and process data, allowing it to be used in data models. These data models are then consumed by other Celonis Platform features such as the Studio.

*Extracting and transforming data*, Celonis Documentation: Data Integration (July 11, 2025), https://docs.celonis.com/en/extracting-and-transforming-data.html (last visited Oct. 2, 2025).

163.    Celonis's acts of infringement have injured and damaged SAP in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284. SAP will suffer additional damages and irreparable harm unless Celonis is enjoined from further infringement.

**CLAIM FOR RELIEF – COUNT IV**
<u>**Infringement Of The '007 Patent**</u>

164.    SAP realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

165.    All conditions precedent to this Count have occurred or been performed.

166.    The Defendants have been and are now directly infringing, contributing to infringement, and/or inducing others to infringe, the '007 Patent in this District and elsewhere in violation of 35 U.S.C. § 271 at least by making, using, selling, offering to sell, and/or importing into the United States software, or products or components containing such software, that practices or is used in the practice of one or more claims of the '007 Patent, including at least using the Object-Centric process mining system that implements the Object-Centric Data Model (OCDM) of the Celonis Platform, which stores data in data pools (hereinafter, "Celonis Object-Centric process mining system"), or other components of the Celonis Platform that have the same

infringing structure and/or functionality as recited in the claims of the '007 Patent, including releases thereof dating from no later than October 2023.

167.    On information and belief, the Defendants infringe the '007 Patent by providing demonstrations, testing and other uses of the Celonis Object-Centric process mining system. Defendants have committed infringing acts without the permission, consent, authorization, or license of SAP.

168.    The Defendants' infringement is literal or under the doctrine of equivalents, or both.

169.    On information and belief, the Defendants, in addition to their own direct infringement, are currently actively inducing and encouraging infringement of the '007 Patent, and, unless enjoined, will continue to actively induce and encourage infringement of the '007 Patent. The Defendants have known of the '007 Patent at least since the time of the service of the present Complaint. Unless Defendants immediately remove the Accused Features from the Celonis Object-Centric process mining system, Defendants actively encourage others to infringe the '007 Patent, and knowingly induce infringement by others, including resellers, retailers, and end users of the Celonis Object-Centric process mining system.

170.    The Defendants also contribute to infringement of the '007 Patent by offering to sell or selling within the United States or importing into the United States software, or products or components containing such software, which includes the Celonis Object-Centric process mining system, a non-staple constituent parts of such software, or products or components containing such software, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '007 Patent, and components of such software or products, which are not suitable for substantial non-infringing use and which embody a material part of the invention claimed in the '007 Patent. Unless Defendants immediately remove the Accused

Features from the Celonis Object-Centric process mining system upon receipt of the present Complaint, on information and belief, the Defendants know the software, or products containing such software, to be especially made or especially adapted for use in the infringement of the '007 Patent. Specifically, on information and belief, the Defendants sell such software, or products containing such software, to resellers, retailers, and end users with knowledge that such software, or products containing such software, is used by end users to directly infringe the '007 Patent.

171.    For example, use of the Celonis Object-Centric process mining system infringes at least claim 8 of the '007 Patent. For example, use of the Celonis Object-Centric process mining system to transform data, infringes at least claim 8 of the '007 Patent.

172.    Celonis used the claimed methods of the '007 Patent without permission from SAP.

173.    Claim 8 of the '007 Patent reads as follows (claim enumeration added):

| Claim 8 | |
|---|---|
| [8p] | A method for storing dynamic data comprising: |
| [8a1] | receiving a first set of data published as an event to an event service from a first external data source, |
| [8a2] | wherein the first set of data comprises a first data type; |
| [8b] | storing the first set of data in a raw storage portion of a semantic data store; |
| [8c] | updating a semantic index for the first set of data; |
| [8d] | automatically transforming an original data schema of the first set of data into a normalized data schema associated with the semantic data store; and |
| [8e] | storing the first portion of data in a curated storage portion of the semantic data store based at least in part on the semantic index of the first set of data. |

174.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "A method for storing dynamic data comprising:" Ex. D at 13:51. On information and belief, using the Celonis Object-Centric process mining system, including the

Object-Centric Data Model (OCDM) of the Celonis Platform and Celonis data pools, is implemented by computer code.

175.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "receiving a first set of data published as an event to an event service from a first external data source." Ex. D at 13:52-53.

176.    On information and belief, the Celonis system has multiple ways to extract data from ERP systems, including SAP ERP systems.

177.    One such way to extract data, according to Celonis documentation, uses a "Standard Data Ingestion API," which allows users "to push data" to "the Celonis Platform," and, when defined, automatically stores the information in a data pool. *Developer documentation*, Celonis Documentation: Additional Resources (Sep. 9. 2025), https://docs.celonis.com/en/developer-documentation.html (last visited Sep. 15, 2025). Further, on information and belief, the Celonis data extraction "API operates on events/notifications that get triggered whenever a new file reaches the API and automatically picks it up and processes it to a data pool." *Id*. The documentation explicitly says, "It is recommended that you use the Data Ingestion API to push your data into the Celonis Platform." *Id*.

178.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 wherein clause, "wherein the first set of data comprises a first data type." Ex. D at 13:54.

179.    On information and belief, the Celonis Platform allows users to "pre-process" source data from other systems (like ERP systems) "raw data" before "transforming it into objects and events." On information and belief, Celonis instructs users to store data and alter to different data types.

### Troubleshooting data extraction and pre-processing

Here's how to troubleshoot object-centric process mining issues during the stage when you're extracting your source system data and preparing it to be used to create objects and events. The main documentation for this stage is at Quickstart: Extract and transform your data into objects and events.

Troubleshooting object-centric process mining lists all the troubleshooting topics to help you create object-centric data models.

---

**▼ I want to pre-process my raw data before transforming it into objects and events**

You might want to pre-process the data from your source system, for example to filter it, convert one data type to another, or rename, modify, or add columns. However, if you are planning to use the Celonis object types and event types from the processes in our catalog, which are supplied with transformations, we recommend that you provide tables with the standard table names used in the source system. If you use alternative table names for pre-processed data (for example, if you create a temporary table called TMP_BSEG to supply data in place of the BSEG table), you'll need to put in additional effort to create and maintain custom overwrites for the supplied transformations for objects and events.

*Troubleshooting data extraction and pre-processing*, Celonis Documentation: Object-centric Process Mining, Troubleshooting Object-centric Process Mining (May 14, 2024), https://docs.celonis.com/en/troubleshooting-data-extraction-and-pre-processing.html (last visited Sep. 15, 2025).

180.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "storing the first set of data in a raw storage portion of a semantic data store." Ex. D at 13:55-56.

181.    The Celonis document "Quickstart: Extract and transform your data into object and events" instructs users to run a data job on the Celonis Platform to extract source system data into a Celonis OCPM (Object-Centric Process Mining) Data Pool, in which the data from a source system is stored by the Celonis Platform. Under such a scenario, on information and belief, when a data job is run on the Celonis Platform to extract data from a source system to Celonis, the data

job places the first set of data in a raw storage portion of a semantic data store. In particular, the documentation instructs customers to run a "data job" to "extract your source system data."

> **11**  Run your data job to extract your source system data into the OCPM Data Pool.

*Quickstart: Extract and transform your data into objects and events*, Celonis Documentation: Object-centric Process Mining (Feb. 28, 2025), https://docs.celonis.com/en/quickstart--extract-and-transform-your-data-into-objects-and-events.html (last visited Sep. 15, 2025).

182.    On information and belief, in the Celonis Platform, the initial landing area of the data within the OCPM Data Pool (when extracted "into the OCPM Data Pool" in step 11 of the Documentation) keeps "data" as well as "extractions transformations, and perspectives."



*Quickstart: Extract and transform your data into objects and events*, Celonis Documentation: Object-centric Process Mining (Feb. 28, 2025), https://docs.celonis.com/en/quickstart--extract-and-transform-your-data-into-objects-and-events.html (last visited Sep. 15, 2025). The Celonis documentation confirms that the Celonis Platform maintains raw data: "A first set of transformations works with the raw data from your source system." *Data extractions and*

*transformations for object-centric process mining*, Celonis Documentation: Object-centric Process Mining, Object-centric Process Mining Overview (Oct. 18, 2024), https://docs.celonis.com/en/data-extractions-and-transformations-for-object-centric-process-mining.html (last visited Sep. 15, 2025).

183.    The OCPM Data Pool is a semantic data store because the Celonis documentation describes that, after the data is extracted, it is transformed by the Celonis Platform. Such transformations "create instances of objects, changes, events, and relationships based on the ingested data" (the data from the source system). *Id.* Thus, the data is aligned with semantic data constructs (objects, changes, events, relationships) typical of semantic data stores. The Celonis documentation explicitly says that the "objects and events created from your source system . . . are all held in the OCPM Data Pool," *Quickstart: Extract and transform your data into objects and events*, *supra* ¶ 181 (confirming that the OCPM Data Pool of the Celonis Platform itself holds such data).

184.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "updating a semantic index for the first set of data." Ex. D at 13:57. The Celonis Platform documentation describes a "data pool" as "the main structure element of your data integration workflow, acting as a container for your data sources, data jobs, and monitoring." *Integrating your data*, Celonis Documentation (Sep. 9, 2025), https://docs.celonis.com/en/data-integration.html (last visited Sep. 29, 2025). A user interface shows an Example Data Pool that includes "Data Source" linked to "Extractions," "Transformations," and "Data Model Loads."



*Creating and managing data pools*, Celonis Documentation: Data Integration (Aug. 14, 2025), https://docs.celonis.com/en/creating-and-managing-data-pools.html (last visited Sep. 29, 2025).

185.    The other Celonis documentation provides further details of what is stored in the Celonis Platform as part of a data pool, and, in particular the "Object-Centric Process Mining Data Pool." *Data extractions and transformations for object-centric process mining*, *supra* ¶ 182.

186.    The Celonis Platform implements Object-Centric Process Mining (OCPM) via the Object-Centric Process Mining Data Pool. After the Celonis Platform extracts data from a source system to the Object-Centric Process Mining Data Pool, the Celonis Platform executes a data job on the data that transforms the data so it fits within the Object-Centric Data Model (OCDM) schema. *See id.* On information and belief, the data is stored in the Object-Centric Process Mining Data Pool for later processing (e.g., by PQL queries, etc.).

187.    The documentation also describes updating (e.g., extending) the data model. *See The object-centric data model*, Celonis Documentation: Object-centric Process Mining Overview

(Oct. 7, 2024), https://docs.celonis.com/en/the-object-centric-data-model.html (last visited Oct. 2, 2025).

188.    The object-centric data model in the Celonis Platform represents relationships between the objects. Specifically, in the Celonis Platform, an object represents a real-world object such as a customer. The Celonis documentation describes specifics of the OCPM database tables involved.



## Object-centric process mining database tables

Here's a reference for the tables we use in the underlying object-centric process mining database in the OCPM Data Pool. It's called the OCDM Schema - OCDM stands for object-centric data model. You can manage all these tables using our visual editors, and you don't need to edit them directly.

*Object-centric process mining database tables*, Celonis Documentation: Object-centric Process Mining, Object-centric Process Mining Overview (May 15, 2025), https://docs.celonis.com/en/object-centric-process-mining-database-tables.html (last visited Oct. 2, 2025). Instances of objects are stored in a dedicated table (e.g., an object type table stores instances of objects– each row being one instance) in the OCPM data pool.

| Table 13. Object-centric process mining table prefixes | | |
|---|---|---|
| **Table** | **Table name prefix** | **Row contains** |
| Object type | o_ | One object and the current values of its attributes |
| Event type | e_ | One event and the current values of its attributes |
| Object to object relationship table | r_o_ | One relationship between two objects |

*Object-centric process mining database tables*, Celonis Documentation: Object-centric Process Mining, Object-centric Process Mining Overview (May 15, 2025), https://docs.celonis.com/en/object-centric-process-mining-database-tables.html (last visited Oct. 2, 2025).

189.    Beyond representing objects, the Celonis documentation describes that the object-centric data model (OCDM) stores relationships between the objects. For example, according to the process mining table prefixes described in the Celonis documentation, an object-object relationship OCPM table (e.g., with prefix "r_o_") references rows in the object tables to represent, for example, a relationship between two objects. By storing such relationships, the Celonis relationship table maps a relationship based on meaning (semantics) and enables traversal of the process graph but does not duplicate the object instance data. The stored relationships are then incorporated into subsequent analysis. The relationship table is thus an index on the underlying data, which is stored in the OCPM Data Pool. *See Object-centric process mining database tables*, Celonis Documentation: Object-centric Process Mining, Object-centric Process Mining Overview (May 15, 2025), https://docs.celonis.com/en/object-centric-process-mining-database-tables.html (last visited Oct. 2, 2025).

190.    Further, the object to object relationship table of the Object-Centric Data Model

schema captures semantic connections between different data points (e.g., relationships between

objects), is a rich representation of the enterprise.

> In the object-centric data model, there can often be multiple
> relationships between a pair of object types. Celonis needs to
> know which one is important to your analysis in order to construct
> the PQL query. When there is more than one path between two
> objects in a graph, we call it a **cycle**. An object-centric data model
> may contain cycles, but to avoid ambiguity in calculating joins,
> perspectives cannot contain cycles – in other words, there can
> only be a single path between any two objects in a perspective.

*Relationships and Cycles*, Celonis Documentation: Object-centric Process Mining, Using

Objects and Events for Process Mining (Feb. 28, 2025),

https://docs.celonis.com/en/relationships-and-cycles.html (last visited Oct. 2, 2025).

## Relationships between objects and events

Each event relates to one or more objects, and objects also relate to each other. For example, when a
user creates a purchase order, here's some of the relationships we get:

- Between the purchase order (object) and the vendor (object) named in it.
- Between the purchase order (object) and the individual items in the purchase order (many objects).
- Between the creation of the purchase order (event) and the purchase order (object).
- Between the creation of the purchase order (event) and the user who creates it (object).

When an event is related to an object, we have an **event to object relationship**. In this example, there
are event to object relationships between the creation of the purchase order (event) and the purchase
order (object), and between the creation of the purchase order (event) and the user (object). An event
can involve one instance or many instances of the related object. The event type controls the record
of an event to object relationship - the object doesn't have its own record of the relationship.

*Relationships between objects and events*, Celonis Documentation: Object-centric Process

Mining, Object-centric Process Mining Overview (Apr. 25, 2025),

https://docs.celonis.com/en/relationships-between-objects-and-events.html (last visited Oct. 3,

2025).

191.    The Celonis documentation expressly describes updating the Celonis object-centric data model, which is ultimately used to represent the first set of data (source data).

> You can also extend the object-centric data model to serve your unique business requirements:
>
> - Extend the Celonis object types and event types by adding custom attributes and custom relationships.
>
> - Create custom object types and custom event types to model processes specific to your business.
>
> - Add custom relationships to link your custom object types and custom event types to each other and to the Celonis object types.
>
> The Celonis object types and event types and relationships, and your custom extensions and custom object types and event types, together make up the object-centric data model of the objects and events used in your business processes and the relationships between them. This model is the digital twin of your business.

*The object-centric data model*, Celonis Documentation: Object-centric Process Mining Overview (Oct. 7, 2024), https://docs.celonis.com/en/the-object-centric-data-model.html (last visited Oct. 2, 2025). The Celonis documentation describes further details on how to "extend" the Object-Centric Data Model:

> **object-centric data model**
> The object-centric data model consists of object types and event types, related and arranged to model what happens in business processes.
>
> Celonis supplies a set of object types and event types for objects and events involved in common business processes. You can extend the object-centric data model by adding custom attributes and custom relationships to the Celonis object types, and creating custom object types and custom event types to model processes specific to your business.

68

*See Object-centric process mining glossary*, Celonis Documentation: Object-centric Process Mining, Object-centric Process Mining Overview (Nov. 16, 2023), https://docs.celonis.com/en/object-centric-process-mining-glossary.html (last visited Oct. 3, 2025).

192.    As described, visual editors (software) of Celonis edit the tables of the Object-Centric Data Model. Although direct edits may be possible, the Celonis documentation says, "you don't need to edit them directly" and instead says "[y]ou can manage all these tables using [Celonis] visual editors." *See Object-centric process mining database table*s, *supra* ¶ 189.

193.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "automatically transforming an original data schema of the first set of data into a normalized data schema associated with the semantic data store." Ex. D at 13:58-59.

194.    On information and belief, Celonis, through its user documentation instructs users to run transformations as a data job on the Celonis Platform on data from the source system. Such transformations automatically transform the original schema of the source data into a normalized schema associated with the semantic data store (the Celonis Object-Centric Process Mining Data Pool).

## Running transformations

After publishing custom transformations to the OCPM Data Pool, you need to run the transformations to create objects and events from your custom object types and custom event types. These transformations will also need to be run to update any existing objects and events to which you've added new attributes or relationships.

Celonis stores custom transformations in the **test:ocpm-data-job** data job when you publish to the development environment, and in **ocpm-data-job** when you publish to the production environment. These data jobs are in the global scope for the OCPM Data Pool. These jobs contain both the Celonis-supplied transformations and your custom transformations. Celonis will optimize simple transformation scripts that don't include a join or WHERE clause to views. These views are already executed when published, and the executed SQL will be presented as a comment in the generated transformations for your information. You can use the instructions below to run or re-run the supplied transformations if they have not been run already.

*Running transformations*, Celonis Documentation: Object-centric Process Mining, Modeling Objects and Events (Jun. 23, 2025), https://docs.celonis.com/en/running-transformations.html (last visited Sep. 15, 2025).

195.    Specifically, the Celonis documentation regarding OCPM, says "you need to run the transformations to create objects and events from your custom object types and custom event types." Such transformations are stored "in the **ocpm-data-job** when you publish to the production environment." (emphasis in original). *Id.* On information and belief, the Celonis object-centric process mining documentation describes transformations that transform an original data schema of ingested data into a normalized data schema associated with the semantic data store of the OCPM data pool.

196.    Specifically, the Celonis documentation describes that after data is extracted, it is transformed. Such transformations "create instances of objects, changes, events, and relationships based on the ingested data" (the data from the source system). *Quickstart: Extract and transform your data into objects and events*, *supra* ¶ 181.

197.    The Celonis documentation on creating a transformation confirms that the extracted data is stored by the Celonis Platform in tables (with an original schema) when it instructs, "In each script, you need to build a SELECT statement that transforms the columns from the source table containing the data, into the columns of your object type table, event type table, change table, or relationship table." *Creating custom transformations*, Celonis Documentation: Object-centric Process Mining, Modeling Objects and Events (Feb. 5, 2025), https://docs.celonis.com/en/creating-custom-transformations.html (last visited Sep. 15, 2025). The SQL statement is executed on the Celonis Platform and achieves the transformation.

198.    When the Celonis Platform executes the described transformations, it transforms the schema of the data into a normalized data schema (the OCDM schema), which is confirmed by the section on "What your transformation needs to do," which states "map columns in your extracted business data to the attributes of the objects and changes. In the OCDM Schema, each row in the object type tables . . . and the change tables . . . holds a single object or change." *Id.*

199.    The Celonis documentation confirms that the transformed (normalized) data is stored in the OCPM Data Pool.

200.    Using the Celonis Object-Centric process mining system (in testing, demonstrations, or other uses by Celonis, or in uses by Celonis customers) meets the '007 Patent claim 8 claim limitation, "storing the first portion of data in a curated storage portion of the semantic data store based at least in part on the semantic index of the first set of data." *Id.* 13:61-63.

201.    The Celonis documentation on object-centric process mining describes that the first set of data (now with transformed schema) is stored in a curated portion of the semantic data store (OCPM data pool) based at least on the semantic index of the data. *See Quickstart: Extract and transform your data into objects and events*, *supra* ¶ 181.

202.    Specifically, the documentation describes that the objects and events created from the source system data and the transformations are "held in the OCPM Data Pool." *Id.* The data is curated in that data is stored according to a single object-centric data model in the OCPM Data Pool of the Celonis Platform. Such an arrangement ensures "there is a single source of truth for your object and events" instead of uncurated store(s). *Data extractions and transformations for object-centric process mining*, *supra* ¶ 182.

71

203. The Celonis documentation explicitly states that the data is stored based at least in part on the semantic index ("a single object-centric data model in OCPM Data Pool" (*Quickstart: Extract and transform your data into objects and events*, *supra* ¶ 181)).

204. Celonis's acts of infringement have injured and damaged SAP in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284. SAP will suffer additional damages and irreparable harm unless Celonis is enjoined from further infringement.

## PRAYER FOR RELIEF

WHEREFORE, SAP respectfully asks this Court for the following relief:

a) A judgment that Celonis is liable for infringing the '254, '492, '034, and '007 Patents;

b) An award of all damages sufficient to fully compensate SAP for past infringement, up until entry of the final judgment, by Celonis under 35 U.S.C. § 284;

c) An order and judgment preliminarily and permanently enjoining Celonis and all persons and entities acting in concert with Celonis, from any further acts of infringement, inducement of infringement or contributory infringement of the '254, '492, '034, and '007 Patents;

d) Enhancement of damages under 35 U.S.C. § 284;

e) A judgment requiring Celonis to pay SAP pre-judgment interest on the damages awarded; and

f) An award of attorney fees under 35 U.S.C. § 285.

## JURY DEMAND

SAP requests a trial by jury on all issues so triable.

Dated: October 3, 2025                    Respectfully submitted,

_/s/ Monté T. Squire_
Monté T. Squire (No. 4764)
**DUANE MORRIS LLP**
1201 North Market St, Suite 501
Wilmington, DE  19801
Telephone: 302-657-4918
MTSquire@duanemorris.com

_Attorneys for Plaintiff SAP SE_