# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP SE,<br><br>                        Plaintiff,<br><br>    v.<br><br>CELONIS SE and CELONIS, INC.,<br><br>                        Defendants. | C.A. No. 25-1229-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF FIRST AMENDED COMPLAINT

Please take notice that pursuant to Fed. R. Civ. P. 15(a)(1)(B), in response to Defendants Celonis SE's and Celonis, Inc.'s Motion to Dismiss (D.I. 16), Plaintiff SAP SE has filed a First Amended Complaint, which moots the pending motion to dismiss.

Dated January 22, 2026

Respectfully submitted,

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
**DUANE MORRIS LLP**
1201 N. Market Street, Suite 501
Wilmington, DE 19801
(302) 657-4918
mtsquire@duanemorris.com

*Attorneys for Plaintiff SAP SE*